UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNI

| | |
|---|---|
| N.H.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 5:18-cv-02438-SJO-SHK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, the Joint Stipulation, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. No objections to the Magistrate Judge's R&R have been filed. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Commissioner's decision is **REVERSED** and this case is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

Dated: February 10, 2020.

_____
HONORABLE S. JAMES OTERO
United States District Judge