JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNI

| | |
|---|---|
| N.H., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 5:18-cv-02438-SJO-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Commissioner of Social Security's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

Dated: February 10, 2020.

*S. James Otero*

HONORABLE S. JAMES OTERO
United States District Judge